THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ANGEL CHRISTOPHER ABREU, <br><br> Plaintiff, <br><br> v. <br><br> SALT LAKE CNTY. SHERIFF'S OFFICE et al., <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br> Case No. 2:25-CV-349-DAK <br><br> District Judge Dale A. Kimball |

Plaintiff, Angel Christopher Abreu, filed a prisoner civil-rights complaint, under 42 U.S.C.S. § 1983 (2026). Dkt. No. 1. On March 6, 2026, Defendants filed a motion to dismiss. Dkt. No. 33. On June 1, 2026, Plaintiff moved to voluntarily dismiss his complaint without prejudice. Dkt. No. 38. Defendants have not filed a response, nor any other document, since their motion to dismiss. Dkt. No. 33. Under these circumstances, Federal Rule of Civil Procedure 41(b) allows the Court to dismiss a case "at the plaintiff's request only by court order."

IT IS ORDERED that Plaintiff's motion to dismiss his complaint without prejudice is GRANTED. Dkt. No. 38. This action is CLOSED.

DATED this 8th day of July 2026.

BY THE COURT:

_Dale A. Kimball_

JUDGE DALE A. KIMBALL
United States District Court